# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-16-00289-CV

**Brandie Stephens, Appellant**

**v.**

**Anthony Stephens, Appellee**

### FROM THE DISTRICT COURT OF BELL COUNTY, 264TH JUDICIAL DISTRICT
### NO. 276,801-D, HONORABLE MARTHA J. TRUDO, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

Appellant filed her notice of appeal on April 25, 2016, and the complete appellate record was filed on May 24, 2014, making appellant's brief due on June 23. *See* Tex. R. App. P. 38.6. On July 12, we sent appellant notice that her brief was overdue, asking for a response by July 22. To date, appellant has not responded to our communications. We therefore dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

_____

David Puryear, Justice

Before Justices Puryear, Pemberton, and Field

Dismissed for Want of Prosecution

Filed: July 29, 2016